IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE PINEDA-CASTRO,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　　　Respondent. | CASE NO. 2:23-CV-00490-DMC (HC)<br><br>ORDER |

　　　Pending before the Court is Respondent's motion, ECF No. 8, for an extension of time to file a response to Petitioner's petition. Good cause appearing therefor, Respondent's motion will be granted and the motion to dismiss filed on July 8, 2023, will be deemed timely.

　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　1.　　Respondent's motion for an extension of time, ECF No. 8, is GRANTED.

　　　2.　　Respondent's motion to dismiss, filed on July 8, 2023, ECF No. 9, is deemed timely.

Dated:  July 14, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE